FILED'09 MAY 27 13:10 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAREY J. GARDNER,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

      Defendant.

Civil No. 08-145-AC

ORDER

MARSH, Judge.

Magistrate Judge John V. Acosta filed his Findings and Recommendation on May 4, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give

1 - ORDER

the factual findings de novo review. See 28 U.S.C. §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation #29. The decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

DATED this 27 day of May, 2009.

*[signature]*
Malcolm F. Marsh
United States District Judge